1
2
3
4                     IN THE UNITED STATES DISTRICT COURT
5                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
6                              SAN FRANCISCO DIVISION
7
8

9   | UNITED STATES OF AMERICA, | Case No.: CR 21–0014 RS |
10  | Plaintiff, | **STIPULATION AND ORDER CONTINUING COURT APPEARANCE** |
11  | v. | |
12  | WENDELL RAPADA, | |
13  | Defendant. | |
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The matter in the above-captioned case is currently set for a change of plea on March 29, 2021, at 1:00 p.m.  However, new counsel for the defense is still coming up to speed on the case.  Accordingly, the parties stipulate and jointly request that the appearance on March 29 be continued for change of plea to April 26, 2021, at 1:00 p.m.  The parties further stipulate that time between March 29 and April 26 is excludable under the Speedy Trial Act for adequate preparation of counsel.  See 18 U.S.C. § 3161(h)(7)(B)(iv).

IT IS SO STIPULATED.

March 25, 2021
Dated

STEPHANIE HINDS
Acting United States Attorney
Northern District of California

/S
JASON KLEINWAKS
Assistant United States Attorney

March 25, 2021
Dated

GEOFFREY HANSEN
Acting Federal Public Defender
Northern District of California

/S
DANIEL P. BLANK
Assistant Federal Public Defender

IT IS SO ORDERED.

March 25, 2021
Dated

RICHARD SEEBORG
Chief United States District Judge