1
2
3
4  IN THE UNITED STATES DISTRICT COURT
5  FOR THE NORTHERN DISTRICT OF CALIFORNIA
6  SAN FRANCISCO DIVISION
7
8

| | |
|---|---|
| 9 UNITED STATES OF AMERICA, | Case No.: CR 21–0014 RS |
| 10            Plaintiff, | **STIPULATION AND ORDER SETTING BRIEFING SCHEDULE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |
| 11       v. | |
| 12 WENDELL RAPADA, | |
| 13            Defendant. | |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

As discussed today in open court, the parties stipulate and jointly request that the Court set a briefing schedule on Defendant Wendell Rapada's motion to suppress the fruits of a warrantless search. Specifically, the defense would file an opening brief by May 11, 2021, the government would file its opposition by May 25, 2021, and any reply brief would be filed by June 8, 2021. The parties further stipulate and jointly request that the Court set oral argument on the motion, including to determine whether an evidentiary hearing is necessary, on June 15, 2021, at 2:30 p.m. Finally, the parties stipulate and jointly request that the Court exclude time under the Speedy Trial Act between today and May 11, 2021, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), for adequate preparation of counsel, whereupon the automatic exclusion of time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(D), will be triggered by the filing of the motion.

IT IS SO STIPULATED.

April 27, 2021  
Dated

STEPHANIE HINDS  
Acting United States Attorney  
Northern District of California

/S  
ANNE HSIEH  
Assistant United States Attorney

April 27, 2021  
Dated

GEOFFREY HANSEN  
Acting Federal Public Defender  
Northern District of California

/S  
DANIEL P. BLANK  
Assistant Federal Public Defender

IT IS SO ORDERED.

April 27, 2021
Dated

RICHARD SEEBORG
Chief United States District Judge